UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**

MAR 10 2022

AT COVINGTON
ROBERT R. CARR
CLERK U.S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                    INDICTMENT NO. 5:22-cr-33-KKC

ORLANDO PEREZ TADEO,
    aka ROLA,
JOSE OMAR NAVA RAMIREZ,
MIGUEL ANGEL HOMEDES,
JORGE GONZALEZ MONTEAGUDO,
DANIEL CORONA SERRATOS, and
SAUL VERA

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 846

Beginning in or about December 2021, the exact date unknown, and continuing through on or about February 28, 2022, in Fayette County and Scott County, in the Eastern District of Kentucky, and elsewhere,

ORLANDO PEREZ TADEO,
aka ROLA,
JOSE OMAR NAVA RAMIREZ,
MIGUEL ANGEL HOMEDES,
JORGE GONZALEZ MONTEAGUDO,
DANIEL CORONA SERRATOS, and
SAUL VERA

did knowingly and intentionally conspire together, and with others, to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of

21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about February 28, 2022, in Fayette County and Scott County, in the

Eastern District of Kentucky,

**ORLANDO PEREZ TADEO,
aka ROLA,
JOSE OMAR NAVA RAMIREZ,
MIGUEL ANGEL HOMEDES,
JORGE GONZALEZ MONTEAGUDO,
DANIEL CORONA SERRATOS, and
SAUL VERA**

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled

substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about February 28, 2022, in Fayette County, in the Eastern District of

Kentucky,

**ORLANDO PEREZ TADEO,
aka ROLA, and
JOSE OMAR NAVA RAMIREZ**

did knowingly and intentionally possess with intent to distribute a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance, all in

violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
### 8 U.S.C. § 1326(a)

On or about February 28, 2022, in Fayette County, in the Eastern District of Kentucky,

**ORLANDO PEREZ TADEO,**
**aka ROLA,**

an alien, was found in the United States after having been removed or deported therefrom subsequent to a conviction for a felony offense on or about February 15, 2018, at or near Laredo, Texas, and not having obtained the express consent of the Secretary of Homeland Security to re-apply for admission to the United States, all in violation of 8 U.S.C. § 1326(a) and (b)(1).

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853

In committing the offenses alleged in Counts 1 - 3 of this Indictment, the same being punishable by imprisonment for more than one year, **ORLANDO PEREZ TADEO, aka ROLA, JOSE OMAR NAVA RAMIREZ, MIGUEL ANGEL HOMEDES, JORGE GONZALEZ MONTEAGUDO, DANIEL CORONA SERRATOS and SAUL VERA,** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 846 & 841(a)(1).

### U.S. CURRENCY:

a)    $181,850.00 seized on February 7, 2022, in Fayette County, KY.
b)    $10,368.00 seized from the person of JOSE OMAR NAVA RAMIREZ on

February 28, 2022, in Fayette County, KY.

c)    $1,607 seized from the person of ORLANDO PEREZ TADEO, aka ROLA, on February 28, 2022, in Fayette County, KY.

d)    $32,250.00 seized during the traffic stop of JOSE OMAR NAVA RAMIREZ and ORLANDO PEREZ TADEO, aka ROLA, on February 28, 2022, in Fayette County, KY.

## VEHICLE:

A 1999 Freightliner Conventional C120 semi-truck, with VIN 1FUYSSEB6XLA54832 and Texas registration R183864, registered to MIGUEL ANGEL HOMEDES, seized on February 28, 2022, in Bourbon County, KY.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **ORLANDO PEREZ TADEO, aka ROLA, JOSE OMAR NAVA RAMIREZ, MIGUEL ANGEL HOMEDES, JORGE GONZALEZ MONTEAGUDO, DANIEL CORONA SERRATOS, and SAUL VERA,** have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL:

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:** **If 5 kilograms or more of cocaine:** Imprisonment for not less than 10 years nor more than Life imprisonment, a fine of not more than $10,000,000, and a term of supervised release of not less than 5 years.

**If prior serious drug felony or serious violent felony conviction:** Imprisonment for not less than 15 years nor more than Life imprisonment, a fine of not more than $20,000,000, and a term of supervised release of not less than 10 years.

**If 500 grams or more of cocaine:** Imprisonment for not less than 5 years nor more than 40 years imprisonment, a fine of not more than $5,000,000, and a term of supervised release of not less than 4 years.

**If prior serious drug felony or serious violent felony conviction**: Imprisonment for not less than 10 years nor more than Life imprisonment, not more than an $8,000,000 fine, and a term of supervised release of not less than 8 years.

**If any amount of cocaine:** Imprisonment for not more than 20 years, a fine of not more than $1,000,000, and a term of supervised release of not less than 3 years.

**If prior drug felony conviction:** Imprisonment for not more than 30 years, a fine of not more than $2,000,000, and a term of supervised release of not less than 6 years.

**COUNT 3:** Imprisonment for not more than 20 years, a fine of not more than $1,000,000, and a term of supervised release of not less than 3 years.

**If prior drug felony conviction:** Imprisonment for not more than 30 years, a fine of not more than $2,000,000, and a term of supervised release of not less than 6 years.

**COUNT 4:** A term of imprisonment of not more than 10 years, a fine of not more than $250,000, and a term of supervised release of not more than 3 years.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Forfeiture of all listed items.

**PLUS:**    Restitution, if applicable.